TUCKER ELLIS LLP
Rebecca M. Biernat SBN 198635
rebecca.biernat@tuckerellis.com
One Market Plaza
Steuart Tower, Suite 700
San Francisco, CA 94105
Telephone:      415.617.2400
Facsimile:       415.617.2409

Attorneys for Defendant
ELECTROLUX HOME PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY<br><br>        Plaintiff,<br><br>    v.<br><br>ELECTROLUX HOME PRODUCTS, INC.<br><br>        Defendants. | Case No. 2:15-cv-02089-MCE-AC<br><br>Assigned to: Hon. Morrison C. England, Jr.<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Date:     June 27, 2016<br>Time:     9:30 a.m.<br>Ctrm:     24 |

BY AND THROUGH THEIR ATTORNEYS OF RECORD, PLAINTIFF MID-CENTURY INSURANCE COMPANY AND DEFENDANT ELECTROLUX HOME PRODUCTS, INC., hereby stipulate and agree to continue the Settlement Conference, currently scheduled for June 27, 2016, to August 26, 2016.

Good cause exists for this continuance because the parties require additional time to conduct discovery to adequately evaluate the case before the settlement conference can be meaningful.

//

//

---

CERTIFICATE OF SERVICE

2729672.1

SO STIPULATED:

DATED:  June 15, 2016					TUCKER ELLIS LLP


							By:  /s/*Rebecca M. Biernat*
							     Rebecca M. Biernat
							     rebecca.biernat@tuckerellis.com

							Attorneys for Defendant
							ELECTROLUX HOME PRODUCTS, INC.


DATED:  June 15, 2016					ALPER & MCCULLOCH


							By:  /s/*Dean A. Alper*
							     Dean A. Alper
							     daa@alpermcculloch.com

							Attorneys for Plaintiff
							MID-CENTURY INSURANCE COMPANY


**IT IS SO ORDERED:**

Dated:  June 16, 2016

							_____
							CAROLYN K. DELANEY
							UNITED STATES MAGISTRATE JUDGE