TUCKER ELLIS LLP
REBECCA M. BIERNAT SBN 198635
rebecca.biernat@tuckerellis.com
One Market Plaza
Steuart Tower, Suite 700
San Francisco, CA 94105
Telephone:   415.617.2400
Facsimile:    415.617.2409

Attorney for Defendant
ELECTROLUX HOME PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY a/s/o Douglas and Joan Branigan,<br><br>Plaintiff,<br><br>v.<br><br>Electrolux Home Products, Inc.,<br><br>Defendant. | Civil Action No. 2:15-cv-02089-MCE-AC<br><br>**STIPULATION TO FACT AND EXPERT DISCOVERY DEADLINES; ORDER THEREON**<br><br>Assigned to Hon. Morrison C. England, Jr.<br><br>State Action Filed:    August 26, 2015<br>Trial Date:                Not Set |

1. On February 29, 2016, this Court's Scheduling Order set the following dates for the completion of discovery, including expert discovery:

| | |
|---|---|
| Completion of Non-Expert Discovery | October 3, 2016 |
| Disclosure of Expert Witnesses | December 5, 2016 |
| Supplemental Expert Disclosure | January 5, 2017 |

2. The parties have worked diligently to complete discovery, including participating in written discovery, and scheduling and taking percipient witness depositions.  The parties are now cooperating to set additional depositions, including the third party damages witnesses and the deposition of defendant.

3. The parties have met and conferred and agree that more time is necessary to conduct percipient witness discovery.

**STIPULATION**

Accordingly, the parties hereby stipulate:

1. The date for the completion of non-expert discovery shall be continued until January 27, 2017.

2. Disclosure of Expert Witnesses     February 6, 2017

3. Supplemental Expert Disclosure     March 6, 2017

4. The deadline for filing a discovery motion shall be continued until March 15, 2017.

5. The last day to hear dispositive motions shall be June 27, 2017

6. All remaining pretrial dates shall remain as set by the Court in its February 29, 2016 Order.

Respectfully submitted,

DATED: September 6, 2016          ALPER & McCULLOCH

By: */s/ Dean A. Alper*
Dean A. Alper, Esq.
daa@alpermcculloch.com
Attorneys for Plaintiff
Mid-Century Insurance Company

DATED: September 6, 2016          TUCKER ELLIS LLP
By: */s/Rebecca Biernat*
Rebecca Biernat
rebecca.biernat@tuckerellis.com
Attorneys for Defendant
Electrolux Home Products, Inc.

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing, the dates for completion of non-expert discovery, disclosure of expert witnesses, and for filing and hearing any dispositive

2

motions are hereby continued. The Court will issue an Amended Pretrial Scheduling Order which delineates the deadlines that will now control.

IT IS SO ORDERED.

Dated: September 7, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2016, a copy of the foregoing **STIPULATION TO FACT AND EXPERT DISCOVERY DEADLINES AND [PROPOSED] ORDER** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Anna Villanueva*
Anna Villanueva