TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY a/s/o Douglas and Joan Branigan,<br><br>Plaintiff,<br><br>v.<br><br>Electrolux Home Products, Inc.<br><br>Defendant. | Case No. 2:15-cv-02089-MCE-AC<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

In accordance with the parties' stipulation, and good cause appearing, all claims in this action are hereby dismissed, with prejudice, against all Defendants named in this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: May 3, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE